UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ROMAN,<br><br>       Plaintiff,<br><br>   v.<br><br>METROSPEEDY OPERATIONS, LLC,<br><br>       Defendant. | 23-CV-6520 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On January 3, 2024, the Court entered a stipulation and order staying this case pending arbitration. *See* ECF No. 15. The Court directed the parties to file a joint status letter within seven days of the conclusion of the arbitration. *See id.* Having received no update in the past year, the Court hereby requests a joint letter from the parties describing the status of the arbitration by **January 15, 2025**.

  SO ORDERED.

Dated: January 8, 2025
    New York, New York

                     DALE E. HO
                     United States District Judge