# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
**jacksonlewis.com**

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

July 3, 2025

**Application GRANTED.**

**SO ORDERED.**

*[signature]*

Dale E. Ho
United States District Judge
Dated: July 7, 2025
New York, New York

**VIA ECF**

The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>*Juan Roman v. Metrospeedy Operations, LLC*</u>
<u>Civil Case No.: 23-cv-6520 (DEH)</u>

Dear Judge Ho:

We write jointly with counsel for Plaintiff further to our June 20, 2025 correspondence and Your Honor's subsequent Order (ECF Dkt. 23-24) to notify the Court that the parties have exchanged proposed resolution materials in the above matter, and request until July 17, 2025 to submit the *Cheeks* application or FRCP 68 notice of acceptance of offer.

Respectfully submitted,

JACKSON LEWIS P.C.

s/ *Noel P. Tripp*

Noel P. Tripp

NPT:dc
Enclosure
cc: All Counsel of Record (*via* ECF)

4919-0371-1570, v. 1