# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

[jacksonlewis.com](jacksonlewis.com)

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS:  NOEL.TRIPP@JACKSONLEWIS.COM

July 17, 2025

**VIA ECF**
The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Juan Roman v. Metrospeedy Operations, LLC*
Civil Case No.: 23-cv-6520 (DEH)

Dear Judge Ho:

We write jointly with counsel for Plaintiff further to our July 3, 2025 correspondence and Your Honor's subsequent Order (ECF Dkt. 25-26) to notify the Court that the parties have exchanged further drafts of resolution materials in this case and request until July 29, 2025 to submit the *Cheeks* application or FRCP 68 notice of acceptance of offer.

Respectfully submitted,

JACKSON LEWIS P.C.

s/ *Noel P. Tripp*

Noel P. Tripp

Enclosure
cc:   All Counsel of Record (*via* ECF)

---

Application GRANTED.

The parties are reminded that under the Court's Individual Rule 2(e), requests for extension should be made at least two business days before the deadline.

Further extensions may not be granted absent compelling circumstances.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: July 17, 2025
New York, New York