UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

JUAN ROMAN,

                              Plaintiff,

          -against-                            Case No.: 23-cv-6520 (DEH)

METROSPEEDY OPERATIONS, LLC,

                              Defendant.
-------------------------------------------------------------------------------X

      IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 68, Defendant Metrospeedy Operations, LLC shall pay to Plaintiff, Juan Roman the sum set forth in the Offer of Judgment as full and final settlement of all claims asserted in this action, including attorneys' fees and costs accrued up to the date of this Offer of Judgment.

      This judgment is entered upon the acceptance by Plaintiff of Defendant's Offer of Judgment, which was served on July 29, 2025. The Clerk of the Court is directed to close this case.

Date: _____, 2025                              _____

                                                                          Hon. Dale E. Ho