**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUAN ROMAN, individually and on behalf of all
other similarly situated,

                Plaintiff,

-against-                       23 **CIVIL** 6580 (DH)

## JUDGMENT

METROSPEEDY OPERATIONS, LLC,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 1, 2025, judgment is hereby entered in favor of Plaintiff Juan Roman and against Metrospeedy Operations, LLC, in the amount of $1,000.00 which includes reimbursement of Plaintiff's reasonable attorneys' fees and costs; accordingly, the case is closed.

**Dated:** New York, New York
            August 1, 2025

                                                    **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                        **BY:**

                                                         **Deputy Clerk**